**FIRST NATIONAL BANK,**
Petitioner,

v.

**COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 155, Docket 23199.

United States Court of Appeals
Second Circuit.

Argued April 22, 1955.

Decided May 11, 1955.

John A. Reed and Francis E. Rinehart, New York City, for petitioner.

H. Brian Holland, Ellis N. Slack and Dudley J. Godfrey, Jr., Washington, D. C., for respondent.

Before FRANK, MEDINA and HINCKS, Circuit Judges.

PER CURIAM.

The order of the Tax Court is affirmed on the opinion of Judge Murdock, reported in 22 T.C. 209.

**George Washington PIERCE, Plaintiff, Appellant,**

v.

**AMERICAN COMMUNICATIONS COMPANY, Inc., Defendant, Appellee.**

Nos. 4938, 4939.

United States Court of Appeals
First Circuit.

May 11, 1955.

David Rines and Robert H. Rines, Boston, Mass., Rines & Rines, Boston, Mass., on brief, for appellant.

Paul Kolisch, New York City, Robert L. Thompson and Dike, Thompson & Sanborn, Boston, Mass., on brief, for appellee.

Before MAGRUDER, Chief Judge, and WOODBURY and HARTIGAN, Circuit Judges.

PER CURIAM.

The Order of the District Court entered on December 21, 1954, and the Judgment and Order on Mandate entered December 28, 1954, are affirmed.

**Martin F. FEENEY, Alias, Defendant, Appellant,**

v.

**UNITED STATES of America, Appellee.**

**Richard LAVOIE**

v.

**UNITED STATES of America.**

**William COUTURE**

v.

**UNITED STATES of America.**

Nos. 4929–4937.

United States Court of Appeals
First Circuit.

May 11, 1955.

William G. Grande, Providence, R. I., for appellants.

William J. Koen, Asst. U. S. Atty., Boston, Mass., with whom Anthony Julian, U. S. Atty., and Lawrence B. Urbano, Asst. U. S. Atty., Boston, Mass., on brief, for appellee.

Before MAGRUDER, Chief Judge, and WOODBURY and HARTIGAN, Circuit Judges.

PER CURIAM.

The judgments of the District Court are affirmed.